795 S.E.2d 161

## RE: EXPANSION OF ELECTRONIC FILING PILOT PROGRAM—COURT OF COMMON PLEAS

Appellate Case No. 2015-002439

Supreme Court of South Carolina.

December 15, 2016

## ORDER

Pursuant to the provisions of Article V, Section 4 of the South Carolina Constitution,

IT IS ORDERED that the Pilot Program for the Electronic Filing (E-Filing) of documents in the Court of Common Pleas, which was established by Order dated December 1, 2015, is expanded to include Hampton County and Allendale County.

Effective January 17, 2017, all filings in all common pleas cases commenced or pending in Hampton County and Allendale County must be E-Filed if the party is represented by an attorney, unless the type of case or the type of filing is excluded from the Pilot Program. The counties currently designated for mandatory E-Filing are as follows:

| Clarendon | Lee | Greenville |
|-----------|-----|------------|
| Sumter | Williamsburg | Pickens |
| Spartanburg | Cherokee | Anderson |
| Oconee | Beaufort | Jasper |
| Hampton and Allendale—Effective January 17, 2017 | | |

Attorneys should refer to the South Carolina Electronic Filing Policies and Guidelines, which were adopted by the Supreme Court on October 28, 2015, and the training materials available at http://www.sccourts.org/efiling/ to determine whether any specific filings are exempted from the requirement that they be E-Filed. Attorneys who have cases pending in Pilot Counties are strongly encouraged to review, and to instruct their staff to review, the training materials available on the E-Filing Portal.

s/Costa M. Pleicones
     Costa M. Pleicones
     Chief Justice of South Carolina